**Brent MAYBIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 71955.**

Missouri Court of Appeals,
Western District.

April 5, 2011.

Ruth B. Sanders, Appellate District De-
fender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Mary
H. Moore, Assistant Attorney General,
Jefferson City, MO, for Respondent.

Before Division II: KAREN KING
MITCHELL, Presiding Judge, and
JOSEPH M. ELLIS and VICTOR C.
HOWARD, Judges.

---

## Order

PER CURIAM:

Brent Maybin appeals the Circuit Court of Jackson County's ("motion court") denial, after an evidentiary hearing, of his motion for post-conviction relief pursuant to Rule 29.15. Maybin's motion alleges that his trial counsel was ineffective in advising him not to testify at trial. We affirm the judgment of the motion court. Rule 84.16(b).